IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DOMENIC FLORIO | : | CIVIL ACTION |
| | : | |
| v. | : | No. 22-4293 |
| | : | |
| GINA CLARK, et al. | : | |

**ORDER**

AND NOW, this 23rd day of July, 2025, upon consideration of Petitioner Domenic Florio's Petition for Writ of Habeas Corpus, the Commonwealth's Response, and after careful review of the Report and Recommendation of United States Magistrate Judge Craig M. Straw (Dkt. No. 47), it is ORDERED:

1. The Report and Recommendation is APPROVED and ADOPTED;
2. The Petition for Writ of Habeas Corpus is DENIED AS SUCCESSIVE under 28 U.S.C. § 2244(b);
3. There has been no substantial showing of the denial of a constitutional right requiring the issuance of a certificate of appealability.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.